UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WARREN TAYLOR YEAKEY,<br><br>   *Plaintiff*,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br><br>   *Defendant*. | CASE NO. CV13-05598-BJR<br><br>ORDER REVERSING AND REMANDING FOR FURTHER CONSIDERATION |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the complaint, the briefs of the parties, the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge, and the entirety of the record, does hereby find that:

(1) The Court ADOPTS the Report and Recommendation;

(2) Accordingly, this matter is REVERSED and REMANDED to the Acting Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

(3) The Clerk of the Court is respectfully directed to send copies of this Order to the parties and to Judge Creature.

**IT IS SO ORDERED.**

DATED this 29th day of July, 2014.

*Barbara J. Rothstein*

―――――――――――――――――――
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE